UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joshua H. White

        v.    Civil No. 08-cv-121-JL

NH State Prison, Sex Offender Program et al

O R D E R

I herewith approve the Recommendation of Magistrate Judge Muirhead dated April 9, 2009, no objection having been filed. The Stay shall be lifted and the petition is herewith dismissed.

SO ORDERED.

May 9, 2009   _____
Joseph N. Laplante
United States District Judge

cc:   Joshua H. White, Pro se